# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>Plaintiffs,<br><br>v.<br><br>BIOLITEC, INC.,<br><br>Defendant. | Civil Action No. 3:07-CV-30109-MAP |
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>Plaintiffs,<br><br>v.<br><br>BIOLITEC, INC., BIOLITEC AG, CERAMOPTEC INDUSTRIES, INC., CERAMOPTEC GmbH, ANDAOPTEC, LTD., and BIOLITEC SIA,<br><br>Defendants. | Civil Action No. 3:08-CV-30061-MAP |

## STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION TO FACILITATE SETTLEMENT NEGOTIATIONS

Plaintiffs American Medical Systems, Inc. and Laserscope (collectively "AMS") and Defendants biolitec, Inc., *et al.* (collectively "biolitec") jointly submit this stipulation:

WHEREAS, on July 1, 2011, the Court Ordered that the above-captioned actions be stayed until August 19, 2011 to facilitate settlement discussions (D.I. #122 in Civil Action No. 3:07-CV-30109-MAP; D.I. #259 in Civil Action No. 3:08-CV-30061-MAP);

1

WHEREAS, during the stay period, the parties exchanged settlement proposals and engaged in good faith settlement negotiations;

WHEREAS, the negotiations have narrowed issues and have resulted in progress towards settlement;

WHEREAS, settlement negotiations between the parties are ongoing;

WHEREAS, the parties jointly wish to continue to pursue good faith settlement negotiations without incurring the substantial costs that would be incurred by further proceeding with fact discovery and additional motion practice;

WHEREAS, the parties have agreed to extend the stay imposed by this Court's July 1st Order until September 19, 2011, and adjust the remainder of the case schedule accordingly; and

**IT IS HEREBY STIPULATED**, by and between the parties, and through their respective attorneys of record, subject to the approval of the Court that:

(1) This litigation is stayed, including all discovery, until September 19, 2011, to allow the parties to continue to explore settlement without incurring the substantial litigation expenses that would otherwise be incurred absent a stay;

(2) In the event that this matter does not settle, at the expiration of the stay, this litigation shall resume upon the following schedule as set forth below:

| EVENT | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| EXPIRATION OF STAY | August 19, 2011 | September 19, 2011 |
| CLOSE OF FACT DISCOVERY | October 14, 2011 | November 14, 2011 |
| OPENING EXPERT REPORTS | November 4, 2011 | December 5, 2011 |
| REBUTTAL EXPERT REPORTS | November 18, 2011 | December 19, 2011 |
| EXPERT DEPOSITIONS COMPLETE | February 3, 2012 | March 5, 2012 |

ME1 12216226v.1

| SUMMARY JUDGMENT BRIEFS | February 24, 2012 | March 26, 2012 |
|---|---|---|
| OPPOSITION SUMMARY JUDGMENT BRIEFS | March 16, 2012 | April 16, 2012 |
| REPLY TO SUMMARY JUDGMENT BRIEFS | March 30, 2012 | April 30, 2012 |
| SUMMARY JUDGMENT HEARING | To be determined by the Court | To be determined by the Court |

(3)  The other provisions of this Court's July 1st Order in the above-captioned actions are not affected by this Stipulation and [Proposed] Order.

ME1 12216226v.1

In view of the foregoing, the parties respectfully request that the Court enter the Order in the form submitted herewith.

Respectfully submitted,

Dated: August 31, 2011

/s/ Leland G. Hansen

Leland G. Hansen
Scott P. McBride
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiffs*

Dated: August 31, 2011

/s/ Erik P. Belt

Erik Paul Belt, BBO # 558620
**McCarter & English, LLP**
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200

Mark D. Giarratana
Eric E. Grondahl
**McCarter & English, LLP**
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

*Attorneys for Defendants*

**IT IS SO ORDERED,**

Dated: Sept. 6, 2011

Honorable Michael A. Ponsor
United States District Judge

4

ME1 12216226v.1

## CERTIFICATE OF SERVICE

I certify that, on August 31, 2011, a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants

/s/ Erik P. Belt

Erik Paul Belt