UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN MEDICAL SYSTEMS, INC., )
ET AL.,                         )
        Plaintiffs              )
                                )
        v.                      ) C.A. No. 07-cv-30109-MAP
                                )
BIOLITEC, INC.,                 )
        Defendant               )


AMERICAN MEDICAL SYSTEMS, INC., )
ET AL.,                         )
        Plaintiffs              )
                                )
        v.                      ) C.A. No. 08-cv-30061-MAP
                                )
BIOLITEC, INC., ET AL.,         )
        Defendants              )


ORDER

November 23, 2011

PONSOR, U.S.D.J.

The stay in these matters ended on November 10, 2011. Counsel indicated in their Stipulation that, in the event the stay did not result in settlement, the litigation would resume on November 11, 2011 and the parties would submit a stipulated proposed schedule for on-going proceedings. No such schedule has been submitted as of this date.

For these reasons, the court hereby orders counsel in both cases to submit, on or before December 12, 2011, a proposed schedule for completion of all pretrial proceedings and for trial. Alternatively, counsel may report on the

status of settlement discussions and, if settlement remains a possibility, propose an extension of the stay. Counsel should remain closely in contact with the court.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge