# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>        Plaintiffs,<br><br>v.<br><br>BIOLITEC, INC.,<br><br>        Defendant. | Civil Action No. 3:07-CV-30109-MAP |
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>        Plaintiffs,<br><br>v.<br><br>BIOLITEC, INC., BIOLITEC AG, CERAMOPTEC INDUSTRIES, INC., CERAMOPTEC GmbH, ANDAOPTEC, LTD., and BIOLITEC SIA,<br><br>        Defendants. | Civil Action No. 3:08-CV-30061-MAP |

## STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION TO FACILITATE COMPLETION OF SETTLEMENT

Plaintiffs American Medical Systems, Inc. and Laserscope (collectively "AMS") and Defendants biolitec, Inc., *et al.* (collectively "biolitec") jointly submit this stipulation:

WHEREAS, on July 1, 2011, the Court Ordered that the above-captioned actions be stayed until August 19, 2011 to facilitate settlement discussions (D.I. #122 in Civil Action No. 3:07-CV-30109-MAP; D.I. #259 in Civil Action No. 3:08-CV-30061-MAP);

1

ME1 12661123v.1

*ALLOWED. Extension 1/13/12.*
*Michael A. Ponsor USDJ  12·14·11*

265

WHEREAS, from time to time, the Court has extended the stay at the request of the parties;

WHEREAS, by an Order dated November 23, 2011, the Court directed the parties to submit a proposed schedule, or alternatively, provide the Court with a status update and further request to maintain the stay;

WHEREAS, the parties have finalized confidential settlement documents and are in the process of executing the same;

WHEREAS, after the settlement documents are executed and certain prerequisites to the dismissal of these cases are met, the parties will file stipulations of dismissal for Court approval;

WHEREAS, in light of the foregoing, the parties jointly wish to continue the stay to avoid incurring the substantial costs associated with proceeding with fact discovery and additional motion practice;

WHEREAS, the parties have agreed to extend the stay through and including January 13, 2012; and

**IT IS HEREBY STIPULATED**, by and between the parties, and through their respective attorneys of record, subject to the approval of the Court that:

(1) This litigation is stayed, including all discovery, through and including January 13, 2012, to allow the parties to complete their settlement;

(2) On or before January 13, 2012, the parties shall submit either a stipulation of dismissal or a status report advising the Court of when the parties anticipate dismissing these cases.

2

ME1 12661123v.1

(3) In view of the foregoing, the parties respectfully request that the Court enter the Order in the form submitted herewith.

Respectfully submitted,

Dated: December 12, 2011

/s/ Leland G. Hansen

Leland G. Hansen
Scott P. McBride
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiffs*

Dated: December 12, 2011

/s/ Mark D. Giarratana

Mark D. Giarratana
Eric E. Grondahl
**McCarter & English**
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

*Attorneys for Defendants*

**IT IS SO ORDERED,**

Dated: Dec. 14, 2011

Honorable Michael A. Ponsor
United States District Judge

3

MEI 12661123v.1